B5 (Official Form 5) (12/07)         FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Northern District of Illinois | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Salon Styling Concepts, Ltd. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)<br>45-2752716 | **FILED**<br>UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>2230 Landwehr Rd.<br>Northbrook, IL 60062 | MAILING ADDRESS OF DEBTOR (If different from street address)<br>APR 23 2015<br>JEFFREY P. ALLSTEADT, CLERK<br>PS REP. - CA |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box)
Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtor)
■ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

### VENUE

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

■ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

### ALLEGATIONS (Check applicable boxes)

COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
      or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Name of Debtor   Salon Styling Concepts, Ltd.

B5 (Official Form 5) (12/07) - Page 2                                    Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_                                                                                              X _[signature]_        4/23/15
Signature of Petitioner or Representative (State title)                                Signature of Attorney                    Date

Tina Kim                                                       4/22/2015            David J. Schwab
Name of Petitioner                                            Date Signed           Name of Attorney Firm (If any)

Name & Mailing            Tina Kim                                                  Ralph, Schwab & Schiever, Chtd.
Address of Individual     2230 Landwehr Rd.                                         175 E. Hawthorn Parkway, Suite 345
Signing in Representative Northbrook, IL 60062                                      Vernon Hills, IL 60061
Capacity                                                                            Address
                                                                                    Telephone No.    (847) 367-9699

---

X_____                                          X_____
Signature of Petitioner or Representative (State title)                             Signature of Attorney                    Date

John Park                                                                           David J. Schwab
Name of Petitioner                                            Date Signed           Name of Attorney Firm (If any)

Name & Mailing            John Park                                                 Ralph, Schwab & Schiever, Chtd.
Address of Individual     1625 N. Milwaukee Ave.                                    175 E. Hawthorn Parkway, Suite 345
Signing in Representative Glenview, IL 60025                                        Vernon Hills, IL 60061
Capacity                                                                            Address
                                                                                    Telephone No.    (847) 367-9699

---

X_____                                          X_____
Signature of Petitioner or Representative (State title)                             Signature of Attorney                    Date

Esther Shin                                                                         David J. Schwab
Name of Petitioner                                            Date Signed           Name of Attorney Firm (If any)

Name & Mailing            Esther Shin                                               Ralph, Schwab & Schiever, Chtd.
Address of Individual     P.O. Box 59287                                            175 E. Hawthorn Parkway, Suite 345
Signing in Representative Chicago, IL 60659                                         Vernon Hills, IL 60061
Capacity                                                                            Address
                                                                                    Telephone No.    (847) 367-9699

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Tina Kim<br>2230 Landwehr Rd.<br>Northbrook, IL 60062 | Loans to the Company | 411,956.26 |
| John Park<br>1625 N. Milwaukee Ave.<br>Glenview, IL 60025 | Loans to the Company | 552,266.75 |
| Esther Shin<br>P.O. Box 59287<br>Chicago, IL 60659 | Loans to the Company | 100,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>1,440,773.01 |

___1___ continuation sheets attached

Name of Debtor  Salon Styling Concepts, Ltd.

B5 (Official Form 5) (12/07) - Page 2               Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)

Tina Kim
Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Tina Kim
2230 Landwehr Rd.
Northbrook, IL 60062

X_____
Signature of Attorney                          Date

David J. Schwab
Name of Attorney Firm (If any)
Ralph, Schwab & Schiever, Chtd.
175 E. Hawthorn Parkway, Suite 345
Vernon Hills, IL 60061
Address
Telephone No. (847) 367-9699

X_____
Signature of Petitioner or Representative (State title)

John Park                                    4/22/2015
Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
John Park
1625 N. Milwaukee Ave.
Glenview, IL 60025

X_____   4/23/15
Signature of Attorney                          Date

David J. Schwab
Name of Attorney Firm (If any)
Ralph, Schwab & Schiever, Chtd.
175 E. Hawthorn Parkway, Suite 345
Vernon Hills, IL 60061
Address
Telephone No. (847) 367-9699

X_____
Signature of Petitioner or Representative (State title)

Esther Shin
Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Esther Shin
P.O. Box 59287
Chicago, IL 60659

X_____
Signature of Attorney                          Date

David J. Schwab
Name of Attorney Firm (If any)
Ralph, Schwab & Schiever, Chtd.
175 E. Hawthorn Parkway, Suite 345
Vernon Hills, IL 60061
Address
Telephone No. (847) 367-9699

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Tina Kim<br>2230 Landwehr Rd.<br>Northbrook, IL 60062 | Loans to the Company | 411,956.26 |
| John Park<br>1625 N. Milwaukee Ave.<br>Glenview, IL 60025 | Loans to the Company | 552,266.75 |
| Esther Shin<br>P.O. Box 59287<br>Chicago, IL 60659 | Loans to the Company | 100,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>1,440,773.01 |

_1_ continuation sheets attached

Name of Debtor   Salon Styling Concepts, Ltd.

B5 (Official Form 5) (12/07) - Page 2                               Case No._____

|  |
| --- |
| **TRANSFER OF CLAIM** |
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____     X_____
Signature of Petitioner or Representative (State title)    Signature of Attorney                                   Date

Tina Kim                                                                        David J. Schwab
Name of Petitioner                                Date Signed     Name of Attorney Firm (If any)

Name & Mailing          Tina Kim                                   Ralph, Schwab & Schiever, Chtd.
Address of Individual    2230 Landwehr Rd.                  175 E. Hawthorn Parkway, Suite 345
Signing in Representative   Northbrook, IL 60062           Vernon Hills, IL 60061
Capacity                                                                        Address
                                                                                     Telephone No.   (847) 367-9699

X_____     X_____
Signature of Petitioner or Representative (State title)    Signature of Attorney                                   Date

John Park                                                                       David J. Schwab
Name of Petitioner                                Date Signed     Name of Attorney Firm (If any)

Name & Mailing          John Park                                  Ralph, Schwab & Schiever, Chtd.
Address of Individual    1625 N. Milwaukee Ave.         175 E. Hawthorn Parkway, Suite 345
Signing in Representative   Glenview, IL 60025             Vernon Hills, IL 60061
Capacity                                                                        Address
                                                                                     Telephone No.   (847) 367-9699

X  /s/ Esther Shin                                                     X  /s/ David J. Schwab                      4/23/15
Signature of Petitioner or Representative (State title)    Signature of Attorney                                   Date

Esther Shin                                        4/22/2015        David J. Schwab
Name of Petitioner                                Date Signed     Name of Attorney Firm (If any)

Name & Mailing          Esther Shin                                Ralph, Schwab & Schiever, Chtd.
Address of Individual    P.O. Box 59287                          175 E. Hawthorn Parkway, Suite 345
Signing in Representative   Chicago, IL 60659               Vernon Hills, IL 60061
Capacity                                                                        Address
                                                                                     Telephone No.   (847) 367-9699

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| --- | --- | --- |
| Tina Kim<br>2230 Landwehr Rd.<br>Northbrook, IL 60062 | Loans to the Company | 411,956.26 |
| John Park<br>1625 N. Milwaukee Ave.<br>Glenview, IL 60025 | Loans to the Company | 552,266.75 |
| Esther Shin<br>P.O. Box 59287<br>Chicago, IL 60659 | Loans to the Company | 100,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>1,440,773.01 |

_____1_____ continuation sheets attached

Name of Debtor    Salon Styling Concepts, Ltd.

B5 (Official Form 5) (12/07) - Page 2                                          Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _/s/ Kyung Nam Ko_                                    X _/s/ David J. Schwab_       4/23/15
Signature of Petitioner or Representative (State title)     Signature of Attorney         Date
                                            4/23/15
SKCPA LLC                                   David J. Schwab
Name of Petitioner           Date Signed     Name of Attorney Firm (If any)

Name & Mailing              Brian Sohn  Kyung Nam Ko    Ralph, Schwab & Schiever, Chtd.
Address of Individual       SKCPA LLC                   175 E. Hawthorn Parkway, Suite 345
Signing in Representative   6116 N. Lincoln Ave.        Vernon Hills, IL 60061
Capacity                    Chicago, IL 60659           Address
                                                        Telephone No.    (847) 367-9699

X _____     X _____
Signature of Petitioner or Representative (State title)    Signature of Attorney         Date

NJ Electronics Co., Ltd.                     David J. Schwab
Name of Petitioner           Date Signed     Name of Attorney Firm (If any)

Name & Mailing              Joshua Lee                  Ralph, Schwab & Schiever, Chtd.
Address of Individual       NJ Electronics Co., Ltd.    175 E. Hawthorn Parkway, Suite 345
Signing in Representative   F1 Jiam B/D #143-6, Ohkum-Dong  Vernon Hills, IL 60061
Capacity                    Songpagu, Seoul Korea       Address
                                                        Telephone No.    (847) 367-9699

X _____     X _____
Signature of Petitioner or Representative (State title)    Signature of Attorney         Date

_____        _____
Name of Petitioner           Date Signed     Name of Attorney Firm (If any)

Name & Mailing
Address of Individual
Signing in Representative                    Address
Capacity                                     Telephone No._____

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| SKCPA LLC<br>6116 N. Lincoln Ave.<br>Chicago, IL 60659 | Services to the Company | 1,050.00 |
| NJ Electronics Co., Ltd.<br>F1 Jiam B/D #143-6, Ohkum-Dong<br>Songpagu, Seoul Korea. 138-130 | Sale of products to the Company | 375,500.00 |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims   1,440,773.01

_1_ of _1_ continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor __Salon Styling Concepts, Ltd.__
Case No._____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)

Name of Petitioner: SKCPA LLC
Date Signed:

Name & Mailing Address of Individual Signing in Representative Capacity:
Brian Sohn
SKCPA LLC
6116 N. Lincoln Ave.
Chicago, IL 60659

X_____
Signature of Attorney                                    Date
David J. Schwab
Name of Attorney Firm (If any)
Ralph, Schwab & Schiever, Chtd.
175 E. Hawthorn Parkway, Suite 345
Vernon Hills, IL 60061
Address
Telephone No. (847) 367-9699

X__[signature]_____
Signature of Petitioner or Representative (State title)

Name of Petitioner: NJ Electronics Co., Ltd.
Date Signed:

Name & Mailing Address of Individual Signing in Representative Capacity:
Joshua Lee
NJ Electronics Co., Ltd.
F1 Jiam B/D #143-6, Ohkum-Dong
Songpagu, Seoul Korea

X__[signature]__ 4/23/15
Signature of Attorney                                    Date
David J. Schwab
Name of Attorney Firm (If any)
Ralph, Schwab & Schiever, Chtd.
175 E. Hawthorn Parkway, Suite 345
Vernon Hills, IL 60061
Address
Telephone No. (847) 367-9699

X_____
Signature of Petitioner or Representative (State title)

Name of Petitioner:
Date Signed:

Name & Mailing Address of Individual Signing in Representative Capacity:

X_____
Signature of Attorney                                    Date

Name of Attorney Firm (If any)

Address
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| SKCPA LLC<br>6116 N. Lincoln Ave.<br>Chicago, IL 60659 | Services to the Company | 1,050.00 |
| NJ Electronics Co., Ltd.<br>F1 Jiam B/D #143-6, Ohkum-Dong<br>Songpagu, Seoul Korea. 138-130 | Sale of products to the Company | 375,500.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
1,440,773.01

__1__ of __1__ continuation sheets attached