# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| Salon Styling Concepts, Ltd. | § § | Case No. 15-14470 |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/23/2015. The undersigned trustee was appointed on 04/23/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 3,524.67 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 117.48 |
| Bank service fees | | 140.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 3,267.19 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 04/08/2016 and the deadline for filing governmental claims was 04/08/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 881.17 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 881.17 , for a total compensation of $ 881.17 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 32.67 , for total expenses of $ 32.67 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/15/2017          By: /s/STEVEN R. RADTKE
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-14470 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Salon Styling Concepts, Ltd. | | | | Date Filed (f) or Converted (c): | 04/23/2015 (f) |
| | | | | | 341(a) Meeting Date: | 09/21/2015 |
| For Period Ending: | 08/15/2017 | | | | Claims Bar Date: | 04/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Pnc Bank Solon, Ohio Checking Account (Account Ending In No. | 50.00 | 50.00 | | 0.00 | FA |
| 2. Accounts Receivables (Approx.) | 99,711.00 | 99,711.00 | | 3,524.67 | FA |
| 3. Counterclaim Of Salon Styling Concepts, Ltd. V. John Park An | 0.00 | 0.00 | | 0.00 | FA |
| 4. Trademark: One Styling | 0.00 | 0.00 | OA | 0.00 | FA |
| 5. John Park Inventory (Approx.) | 455,000.00 | 455,000.00 | | 0.00 | FA |
| 6. Dajuja World Inventory (Approx.) | 70,000.00 | 70,000.00 | | 0.00 | FA |
| 7. The Huntington National Bank, Columbus, Ohio (Checking Accou (u) | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $624,761.00 $624,761.00 $3,524.67 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2017 No other assets to be administered; preparing TFR (TFR submitted to UST on 7/13/17 for approval)

11/2016 Preference letters sent

6/2016 Continuing to pursue collection of accounts receivable and evaluating avoidance actions

3/2016 Received additional account receivable

2/26/16 Received account receivable from One Styling

1/6/16 Possible preferences; Ira Goldberg investigating

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 15-14470 | |
| Case Name: | Salon Styling Concepts, Ltd. | |
| Taxpayer ID No: | XX-XXX2716 | |
| For Period Ending: | 08/15/2017 | |

| | | |
|---|---|---|
| Trustee Name: | STEVEN R. RADTKE | |
| Bank Name: | Associated Bank | |
| Account Number/CD#: | XXXXXX5752 | |
| | Checking | |
| Blanket Bond (per case limit): | $5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/26/16 | 2 | One Styling | Account receivable - One Styling | 1121-000 | $1,564.42 | | $1,564.42 |
| 03/15/16 | 2 | Michalek Enterprises II Garbo's Village Pointe<br>2429 S. 186th Cir<br>Omaha, NE 68130 | Account receivable-Garbo's Village Pointe | 1121-000 | $1,960.25 | | $3,524.67 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,514.67 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,504.67 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,494.67 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,484.67 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,474.67 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,464.67 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,454.67 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,444.67 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,434.67 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,424.67 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $3,524.67     $100.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-14470 | Trustee Name: | STEVEN R. RADTKE | |
| Case Name: | Salon Styling Concepts, Ltd. | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX5752 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX2716 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 08/15/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,414.67 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,404.67 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,394.67 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,384.67 |
| 07/05/17 | 1001 | Bank of Hope<br>3731 Wilshire Boulevard<br>Suite 1000<br>Los Angeles, CA 90010 | Payment of Costs related to production request<br>Your Case No. 2179 | 2990-000 | | $117.48 | $3,267.19 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $3,524.67 | $257.48 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,524.67 | $257.48 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,524.67 | $257.48 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*      Page Subtotals:      $0.00      $157.48

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5752 - Checking | $3,524.67 | $257.48 | $3,267.19 |
|  | $3,524.67 | $257.48 | $3,267.19 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $3,524.67 |
| Total Gross Receipts: | $3,524.67 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-14470  
Debtor Name: Salon Styling Concepts, Ltd.  
Claims Bar Date: 4/8/2016  

Date: August 15, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $881.17 | $881.17 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $32.67 | $32.67 |
| 100 3410 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $1,389.67 | $1,389.67 |
| 2B 280 5800 | Ohio Bureau Of Workers Compensation<br>Pob 15567<br>Columbus, Oh 43215-0567 | Priority | | $0.00 | $437.24 | $437.24 |
| 13 280 5800 | Illinois Department Of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10Th Flr | Priority | Late Claim<br>Priority portion of Claim No. 13 | $0.00 | $526.44 | $526.44 |
| 1 300 7100 | Cit Finance, Llc<br>C/O Bankruptcy Processing Solutions, Inc<br>Po Box 593007<br>San Antonio, Tx 78259 | Unsecured | | $0.00 | $33,245.80 | $33,245.80 |
| 2 300 7100 | Ohio Bureau Of Workers Compensation<br>Pob 15567<br>Columbus, Oh 43215-0567 | Unsecured | | $0.00 | $77.68 | $77.68 |
| 3 300 7100 | Touchstone Merchandise Group<br>7200 Industrial Row Drive<br>Mason, Oh 45040 | Unsecured | This claim was filed with an incorrect Debtor name. It was later amended on 4/1/16 to correctly show the name of the Debtor. | $0.00 | $9,179.17 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-14470  
Debtor Name: Salon Styling Concepts, Ltd.  
Claims Bar Date: 4/8/2016  
Date: August 15, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3 300 7100 | Touchstone Merchandise Group Llc<br>7200 Industrial Row Drive<br>Mason, Oh 45040 | Unsecured | This claim amends the proof of claim form to correct reflect the name of the Debtor. | $0.00 | $9,179.17 | $9,179.17 |
| 4 300 7100 | Zora Gill<br>54 Vista Ridge Circle<br>Hinckley, Oh 44233 | Unsecured | | $0.00 | $750,000.00 | $750,000.00 |
| 5 350 7200 | Hanil Patech | Unsecured | Late Claim | $0.00 | $65,946.00 | $65,946.00 |
| 6 350 7200 | Dongguan Fumeikang Electrical Tech<br>Bldg 17, Yinhu Industrial Xiegang<br>Dongguan Guangdong, China | Unsecured | Late Claim | $0.00 | $380,482.00 | $380,482.00 |
| 7 350 7200 | Nj Electronics<br>F1 Jiam Bldg, #143-6 Ohkum-Dong<br>Songpagu, Seoul, Korea 138-130 | Unsecured | Late Claim | $0.00 | $375,500.00 | $375,500.00 |
| 8 350 7200 | Communication Exhibits Inc<br>1119 Milan Street<br>Canal Fulton, Oh 44614 | Unsecured | Late Claim | $0.00 | $17,850.96 | $17,850.96 |
| 9 350 7200 | Ups Freight<br>28013 Network Place<br>Chicago, Il 60673 | Unsecured | Late Claim | $0.00 | $15,572.19 | $15,572.19 |
| 10 350 7200 | Ups Supply Chain Solutions, Inc.<br>28013 Network Place<br>Chicago, Illinois 60673 | Unsecured | Late Claim | $0.00 | $19,983.59 | $19,983.59 |
| 11 350 7200 | Dujuja World<br>285-1 Songneung-Ri Jingeon-E<br>Namyangiu-Si, Gyeonggi-Do, China | Unsecured | Late Claim | $0.00 | $74,125.00 | $74,125.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-14470  
Debtor Name: Salon Styling Concepts, Ltd.  
Claims Bar Date: 4/8/2016  
Date: August 15, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 12<br>350<br>7200 | Les Haverty<br>6573 Cochran Road, Suite A<br>Salon, Oh 44139 | Unsecured | Late Claim | $0.00 | $76,344.50 | $76,344.50 |
| 13B<br>350<br>7200 | Illinois Department Of<br>Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10Th Flr | Unsecured | Late claim<br>Unsecured portion of Claim No. 13 | $0.00 | $200.00 | $200.00 |
|  | Case Totals |  |  | $0.00 | $1,830,953.25 | $1,821,774.08 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-14470
Case Name: Salon Styling Concepts, Ltd.
Trustee Name: STEVEN R. RADTKE

| | | |
|---|---|---|
| Balance on hand | $ | 3,267.19 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 881.17 | $ 0.00 | $ 881.17 |
| Trustee Expenses: STEVEN R. RADTKE | $ 32.67 | $ 0.00 | $ 32.67 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,389.67 | $ 0.00 | $ 1,389.67 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,303.51 |
| Remaining Balance | $ 963.68 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 963.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2B | Ohio Bureau Of Workers Compensation | $ 437.24 | $ 0.00 | $ 437.24 |
| 13 | Illinois Department Of Employment Security | $ 526.44 | $ 0.00 | $ 526.44 |
| | Total to be paid to priority creditors | | | $ 963.68 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 792,502.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cit Finance, Llc | $ 33,245.80 | $ 0.00 | $ 0.00 |
| 2 | Ohio Bureau Of Workers Compensation | $ 77.68 | $ 0.00 | $ 0.00 |
| 3 | Touchstone Merchandise Group-Filed with incorrect Debtor name; amended | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 | Touchstone Merchandise Group Llc | $ 9,179.17 | $ 0.00 | $ 0.00 |
| 4 | Zora Gill | $ 750,000.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,026,004.24 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Hanil Patech | $ 65,946.00 | $ 0.00 | $ 0.00 |
| 6 | Dongguan Fumeikang Electrical Tech | $ 380,482.00 | $ 0.00 | $ 0.00 |
| 7 | Nj Electronics | $ 375,500.00 | $ 0.00 | $ 0.00 |
| 8 | Communication Exhibits Inc | $ 17,850.96 | $ 0.00 | $ 0.00 |
| 9 | Ups Freight | $ 15,572.19 | $ 0.00 | $ 0.00 |
| 10 | Ups Supply Chain Solutions, Inc. | $ 19,983.59 | $ 0.00 | $ 0.00 |
| 11 | Dujuja World | $ 74,125.00 | $ 0.00 | $ 0.00 |
| 12 | Les Haverty | $ 76,344.50 | $ 0.00 | $ 0.00 |
| 13B | Illinois Department Of Employment Security | $ 200.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE