UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 15-14470 |
| | ) | |
| SALON STYLING CONCEPTS, LTD., | ) | Hon. Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **August 21, 2017**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/   Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

SalonStylingNFRCrtSrv

# SERVICE LIST
## SALON STYLING CONCEPTS, LTD., DEBTOR
## CASE NO. 15-14470

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Salon Styling Concepts, Ltd.
2230 Landwehr Rd
Northbrook, IL 60062

CIT Finance, LLC
c/o Bankruptcy Processing Solutions, Inc
PO Box 593007
San Antonio, TX 78259

Ohio Bureau of Workers Compensation
POB 15567
Columbus, OH 43215-0567

Touchstone Merchandise Group LLC
7200 Industrial Row Drive
Mason, OH 45040

Zora Gill
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St, #3705
Chicago, IL 60622

Hanil Patech
(158-857) #921-8 Shinjung-4dong
Yangcheon-GU Seoul, Korea

Dongguan Fumeikang Electrical Tech
Bldg 17, Yinhu Industrial Xiegang
Dongguan Guangdong, China

NJ Electronics
Fl Jiam Bldg, #143-6 Ohkum-dong
Songpagu, Seoul, Korea 138-130

Communication Exhibits Inc
1119 Milan Street
Canal Fulton, OH 44614

UPS Freight
28013 Network Place
Chicago, IL 60673

UPS Supply Chain Solutions, Inc.
28013 Network Place
Chicago, IL 60673

Dujuja World
285-1 Songneung-ri Jingeon-e
Namyangiu-si, Gyeonggi-do, China

Les Haverty
6573 Cochran Road, Suite A
Salon, OH 44139

Illinois Department of Employment Security
33 South State Street
Chicago, IL 60603
Attn: Bankruptcy Unit - 10th flr